# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| SCOTT FOWLER, *et al.*, *etc.*, | CV 23-08387 TJH(JPRx) |
| Plaintiffs, | |
| v. | Order |
| | [25] [JS-6] |
| SONOS, INC., | |
| Defendant. | |

The Court has considered Defendant's motion to compel arbitration and to dismiss or stay this case [dkt. # 25], together with the moving papers and Plaintiffs' statement of non-opposition.

It is Ordered that Plaintiffs be, and hereby are, Compelled to arbitrate their claims.

It is further Ordered that this case be, and hereby is, Dismissed.

Date: February 28, 2024

_____

Terry J. Hatter, Jr.
Senior United States District Judge